# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 15, 2016

153840 & (43)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

JOSEPHINE GINN,
    Plaintiff-Appellee,

v

             SC: 153840
             COA: 331745
             Genesee CC: 2004-253449-DP

LUTHER DANIEL BROWN,
    Defendant-Appellant.

_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the May 13, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 15, 2016



Clerk

p0614